# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0860

_____

STEPHANIE DANA REESE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

June 24, 2025

PER CURIAM.

DISMISSED.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephanie Dana Reese, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.